## LEE v. STATE.
### No. 25028.

Court of Criminal Appeals of Texas
Dec. 13, 1950.

## PORTER v. STATE.
### No. 25031.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. He waived a jury and pleaded "not guilty" before the court. The judge found him guilty and assessed his penalty at a fine of fifty dollars, from which he appeals.

The record before us is without a statement of facts or bill of exception. The proceedings all appear to have been regular.

The judgment of the trial court is affirmed.